**Richard CLAXTON, Defendant–Movant,**

v.

**STATE of Missouri, Plaintiff–Respondent.**

No. 63320.

Missouri Court of Appeals,
Eastern District,
Division One.

Aug. 24, 1993.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 4, 1993.

Application to Transfer Denied
Nov. 23, 1993.

David Hemingway, St. Louis, for defendant-movant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Elizabeth L. Ziegler, Asst. Atty. Gen., Jefferson City, for plaintiff-respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

ORDER

PER CURIAM.

Movant, Richard Claxton, appeals from the denial of his Rule 24.035 motion without an evidentiary hearing. The judgment of conviction sought to be vacated was for robbery in the first degree for which movant was sentenced to imprisonment for ten years.

The judgment of the motion court is based on findings of fact that are not clearly erroneous; no error of law appears. An opinion would have no precedential value.

The judgment of the motion court is affirmed. Rule 84.16(b).